**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
NATIONAL ASSOCIATION OF HOME    :
BUILDERS, et al.,               :
                                :
        Plaintiffs,             :
                                :
    v.                          :   Civil Action No. 01-0274 (JR)
                                :
U. S. ARMY CORPS OF             :
ENGINEERS, et al.,              :
                                :
        Defendants.             :
```

**ORDER**

For the reasons stated in the accompanying memorandum, it is

**ORDERED** that plaintiff's motion for summary judgment [37] is **GRANTED**. It is DECLARED, ADJUDGED, and DECREED that the Tulloch II rule, 66 Fed. Reg. 4550, 4575 (Jan. 17, 2001)(codified at 33 C.F.R. § 323.3 and 40 C.F.R. § 232.2), is invalid, and that the EPA and the Army Corps of Engineers are enjoined from enforcing it. And it is

**FURTHER ORDERED** that defendant's motion for summary judgment [39] is **DENIED** and that the motion of intervenor defendants for summary judgment [40] is **DENIED.**

                                                JAMES ROBERTSON
                               United States District Judge