**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
NATIONAL ASSOCIATION OF HOME     :
BUILDERS, et al.,                :
                                 :
        Plaintiffs,              :
                                 :
    v.                           :  Civil Action No. 01-0274 (JR)
                                 :
U. S. ARMY CORPS OF              :
ENGINEERS, et al.,               :
                                 :
        Defendants.              :
```

**ORDER**

The Court **calls for a response** to plaintiffs' motion for an order to clarify or strike [76]. Any response is due 21 days from today's date.

JAMES ROBERTSON
United States District Judge